IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TIMMY LEE POLLARD, JR.                                                    PLAINTIFF

v.                                      3:06CV00007JMM

PAULETTE ARNOLD, et al.                                                   DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this  7  day of  March , 2006.


*[signature]*
United States District Judge